UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　Plaintiff, )<br>　　　-vs- )<br>FELIX RUBEN RODRIGUEZ, )<br>　　　　　　　　　Defendant. ) | NO.　　CR-11-0127-WFN-1<br><br>ORDER |

　　　A sentencing hearing was held June 4, 2013 in CR-11-0107-WFN-11. Pursuant to the Plea Agreement in that case, the Government made an oral motion to dismiss the Indictment in this case. The Court has reviewed the file and is fully informed. This Order is entered to memorialize the oral rulings of the Court. Accordingly,

　　　**IT IS ORDERED** that:

　　　1.　The Government's oral motion to dismiss the Indictment is **GRANTED.**

　　　2.　The Indictment shall be **DISMISSED WITH PREJUDICE.**

　　　The District Court Executive is directed to file this Order and provide copies to counsel.

　　　**DATED** this 4th day of June, 2013.

　　　　　　　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
06-04-13　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER